UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5764-RSWL (MANx) | Date | August 24, 2011 |
|---|---|---|---|
| Title | Aqua Connect v. Code Rebel LLC, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge |
|---|---|

| Staci J. Momii | Bridget Montero |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Michael Hagemann | John Houkom |

**Proceedings:**    MOTION (Held and Completed; Non-Evidentiary)

  Court and counsel confer. Defendants Arben Kryeziu and Code Rebel, LLC's Motion to Dismiss Complaint for Lack of Personal Jurisdiction [Fed.R.Civ.P. 12(b)(2)], for Failure to State a Claim [Fed.R.Civ.P. 12(b)(6)], or in the Alternative, for a More Definitive Statement [Fed.R.Civ.P. 12(e)] (filed 07-20-11) **[5]** is taken under submission by the Court.

  The Court will issue its Order.

|  | : | 04 |
|---|---|---|
| | Initials of Preparer | SMOM |