UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-5764-RSWL | Date | September 14, 2011 |
|---|---|---|---|
| Title | Aqua Connect v. Code Rebel LLC, et al. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge |
|---|---|

| Kane Tien | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS)

On the Court's own motion, Plaintiff's Motion to Remand (filed 08-12-11) **[11]** set for September 21, 2011 is continued to **OCTOBER 12, 2011, at 10:00 a.m.** Counsel are ordered to appear on this new date.

:    00

Initials of Preparer    KTI