Andres F. Quintana (SBN 190525)
John M. Houkom (SBN 203240)
**QUINTANA LAW GROUP**
A Professional Law Corporation
26135 Mureau Road, Suite 101
Calabasas, California 91302
Telephone:   (818) 914-2100
Facsimile:    (818) 914-2101
E-mail:  andres@qlglaw.com
           john@qlglaw.com

Attorneys for Defendants Code Rebel,
LLC and Arben Kryeziu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA CONNECT, a Nevada Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>CODE REBEL, LLC, a Hawaii Limited Liability Company; ARBEN KRYEZIU, an individual; VLADIMIR BICKOV, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants Kryeziu and<br>        Code Rebel. | CASE NO.  CV11-5764 RSWL (MANx)<br><br>**DEFENDANTS ARBEN KRYEZIU AND CODE REBEL, LLC'S ANSWER TO FIRST AMENDED COMPLAINT OF PLAINTIFF AQUA CONNECT**<br><br>Complaint filed:  May 25, 2011 |

Quintana Law
Group, APC

1    Defendants Code Rebel, LLC ("Code Rebel"), Arben Kryeziu ("Kryeziu," or

2    collectively with Code Rebel, the "Defendants") hereby answer the First Amended

3    Complaint ("FAC") of Plaintiff Aqua Connect, Inc. ("Plaintiff"), and aver as

4    follows:

5    1.    Paragraph 1 contains only legal conclusions for which no response by

6    Defendants Code Rebel and Kryeziu is necessary.    To the extent portions of

7    Paragraph 1 are not conclusions, Defendants Code Rebel and Kryeziu lack

8    information or belief sufficient to admit or deny the allegations of Paragraph 1 of the

9    FAC, and on that basis, deny them.

10    2.    Defendants Code Rebel and Kryeziu admit that Defendant Code Rebel

11    "is a Hawaii limited liability company with its principal place of business in

12    Hawaii." As to all other allegations of Paragraph 2, they are only legal conclusions

13    for which no response by Defendants Code Rebel and Kryeziu is necessary.   To the

14    extent any other portions of Paragraph 2 are not conclusions, Defendants Code

15    Rebel and Kryeziu deny them.

16    3.    Defendants Code Rebel and Kryeziu admit that Defendant Kryeziu is

17    "a resident of Hawaii."   As to all other allegations of Paragraph 3, they are only

18    legal conclusions for which no response by Defendants Code Rebel and Kryeziu is

19    necessary.   To the extent any other portions of Paragraph 3 are not conclusions,

20    Defendants Code Rebel and Kryeziu deny them.

21    4.    Defendants Code Rebel and Kryeziu deny that Defendant Vladimir

22    Bickov is "a resident of Russia." As to all other allegations of Paragraph 4, they are

23    only legal conclusions for which no response by Defendants Code Rebel and

24    Kryeziu is necessary.   To the extent any other portions of Paragraph 4 are not

25    conclusions, Defendants Code Rebel and Kryeziu lack information or belief

26    sufficient to admit or deny the allegations of Paragraph 4 of the FAC, and on that

27    basis, deny them.

28    5.    Paragraph 5 contains only legal conclusions for which no response by

Quintana Law
Group, APC

1  Defendants Code Rebel and Kryeziu is necessary.  To the extent portions of
2  Paragraph 5 are not conclusions, Defendants Code Rebel and Kryeziu lack
3  information or belief sufficient to admit or deny the allegations of Paragraph 5 of the
4  FAC, and on that basis, deny them.

5       6.    Paragraph 6 contains only legal conclusions for which no response by
6  Defendants Code Rebel and Kryeziu is necessary.  To the extent portions of
7  Paragraph 6 are not conclusions, Defendants Code Rebel and Kryeziu deny them.

8       7.    Defendants Code Rebel and Kryeziu lack information or belief
9  sufficient to admit or deny the allegations of Paragraph 7 of the FAC, and on that
10  basis, deny them.

11       8.    Paragraph 8 contains only legal conclusions for which no response by
12  Defendants Code Rebel and Kryeziu is necessary.  To the extent portions of
13  Paragraph 8 are not conclusions, Defendants Code Rebel and Kryeziu deny that
14  acted "in his capacity as an agent of Code Rebel" or "at the behest of Arben
15  Kryeziu."  As to all other allegations in Paragraph 8 o the FAC, Defendants Code
16  Rebel and Kryeziu lack information or belief sufficient to admit or deny the
17  allegations of Paragraph 8 of the FAC, and on that basis, deny them.

18       9.    Paragraph 9 contains only legal conclusions for which no response by
19  Defendants Code Rebel and Kryeziu is necessary.  To the extent portions of
20  Paragraph 9 are not conclusions, Defendants Code Rebel and Kryeziu lack
21  information or belief sufficient to admit or deny the allegations of Paragraph 9 of the
22  FAC, and on that basis, deny them.

23       10.    Defendants Code Rebel and Kryeziu deny that "Code Rebel and its
24  agents also requested trial versions of subsequent versions of ACTS, and agreed to
25  the EULAs in effect at the time."  As to all other allegations of Paragraph 10, they
26  are only legal conclusions for which no response by Defendants Code Rebel and
27  Kryeziu is necessary.  To the extent any other portions of Paragraph 10 are not
28  conclusions, Defendants Code Rebel and Kryeziu deny them.

Quintana Law
Group, APC

11. Paragraph 11 contains only legal conclusions for which no response by Defendants Code Rebel and Kryeziu is necessary. To the extent portions of Paragraph 11 are not conclusions, Defendants Code Rebel and Kryeziu deny them.

12. Defendants Code Rebel and Kryeziu deny the allegations of Paragraph 12 of the FAC.

13. Defendants Code Rebel and Kryeziu deny the allegations of Paragraph 13 of the FAC.

14. Defendants Code Rebel and Kryeziu deny the allegations related to Kryeziu in Paragraph 14 of the FAC. As to all other allegations in Paragraph 14 of the FAC, Defendants Code Rebel and Kryeziu lack information or belief sufficient to admit or deny the allegations of Paragraph 14 of the FAC, and on that basis, deny them

15. Defendants Code Rebel and Kryeziu incorporate herein by reference, their answers to Paragraphs 1 through 14 of the FAC.

16. Paragraph 16 contains only legal conclusions for which no response by Defendants Code Rebel and Kryeziu is necessary. To the extent portions of Paragraph 16 are not conclusions, Defendants Code Rebel and Kryeziu deny them.

17. Paragraph 17 contains only legal conclusions for which no response by Defendants Code Rebel and Kryeziu is necessary. To the extent portions of Paragraph 17 are not conclusions, Defendants Code Rebel and Kryeziu deny them.

18. Paragraph 18 contains only legal conclusions for which no response by Defendants Code Rebel and Kryeziu is necessary. To the extent portions of Paragraph 18 are not conclusions, Defendants Code Rebel and Kryeziu lack information or belief sufficient to admit or deny the allegations of Paragraph 18 of the FAC, and on that basis, deny them.

19. Paragraph 19 contains only legal conclusions for which no response by Defendants Code Rebel and Kryeziu is necessary. To the extent portions of Paragraph 19 are not conclusions, Defendants Code Rebel and Kryeziu deny them.

Quintana Law
Group, APC

20.     Paragraph 20 contains only legal conclusions for which no response by Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of Paragraph 20 are not conclusions, Defendants Code Rebel and Kryeziu lack information or belief sufficient to admit or deny the allegations of Paragraph 20 of the FAC, and on that basis, deny them.

21.     Paragraph 21 contains only legal conclusions for which no response by Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of Paragraph 21 are not conclusions, Defendants Code Rebel and Kryeziu lack information or belief sufficient to admit or deny the allegations of Paragraph 21 of the FAC, and on that basis, deny them.

22.     Paragraph 22 contains only legal conclusions for which no response by Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of Paragraph 22 are not conclusions, Defendants Code Rebel and Kryeziu lack information or belief sufficient to admit or deny the allegations of Paragraph 22 of the FAC, and on that basis, deny them.

23.     Defendants Code Rebel and Kryeziu incorporate herein by reference, their answers to Paragraphs 1 through 22 of the FAC.

24.     Paragraph 24 contains only legal conclusions for which no response by Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of Paragraph 24 are not conclusions, Defendants Code Rebel and Kryeziu lack information or belief sufficient to admit or deny the allegations of Paragraph 24 of the FAC, and on that basis, deny them.

25.     Paragraph 25 contains only legal conclusions for which no response by Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of Paragraph 25 are not conclusions, Defendants Code Rebel and Kryeziu lack information or belief sufficient to admit or deny the allegations of Paragraph 25 of the FAC, and on that basis, deny them

26.     Paragraph 26 contains only legal conclusions for which no response by

1   Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
2   Paragraph 26 are not conclusions, Defendants Code Rebel and Kryeziu deny them.

3        27.    Paragraph 27 contains only legal conclusions for which no response by
4   Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
5   Paragraph 27 are not conclusions, Defendants Code Rebel and Kryeziu deny them.

6        28.    Paragraph 28 contains only legal conclusions for which no response by
7   Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
8   Paragraph 28 are not conclusions, Defendants Code Rebel and Kryeziu lack
9   information or belief sufficient to admit or deny the allegations of Paragraph 28 of
10  the FAC, and on that basis, deny them.

11       29.    Paragraph 29 contains only legal conclusions for which no response by
12  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
13  Paragraph 29 are not conclusions, Defendants Code Rebel and Kryeziu deny them.

14       30.    Paragraph 30 contains only legal conclusions for which no response by
15  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
16  Paragraph 30 are not conclusions, Defendants Code Rebel and Kryeziu lack
17  information or belief sufficient to admit or deny the allegations of Paragraph 30 of
18  the FAC, and on that basis, deny them.

19       31.    Paragraph 31 contains only legal conclusions for which no response by
20  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
21  Paragraph 31 are not conclusions, Defendants Code Rebel and Kryeziu deny that
22  "Code Rebel would have been unable to create a competing product and/or some of
23  the features would have been missing from Code Rebel's product."  As to all other
24  allegations in Paragraph 31, Defendants Code Rebel and Kryeziu lack information
25  or belief sufficient to admit or deny the allegations of Paragraph 31 of the FAC, and
26  on that basis, deny them.

27       32.    Paragraph 32 contains only legal conclusions for which no response by
28  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of

Quintana Law
Group, APC

1  Paragraph 32 are not conclusions, Defendants Code Rebel and Kryeziu lack
2  information or belief sufficient to admit or deny the allegations of Paragraph 32 of
3  the FAC, and on that basis, deny them.

4      33.    Defendants Code Rebel and Kryeziu incorporate herein by reference,
5  their answers to Paragraphs 1 through 32 of the FAC.

6      34.    Paragraph 34 contains only allegations that were dismissed by the
7  Court, without leave to amend, on February 13, 2012, for which no response by
8  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
9  Paragraph 34 require any response, Defendants Code Rebel and Kryeziu deny them.

10     35.    Paragraph 35 contains only allegations that were dismissed by the
11  Court, without leave to amend, on February 13, 2012, for which no response by
12  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
13  Paragraph 35 require any response, Defendants Code Rebel and Kryeziu deny them.

14     36.    Paragraph 36 contains only allegations that were dismissed by the
15  Court, without leave to amend, on February 13, 2012, for which no response by
16  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
17  Paragraph 36 require any response, Defendants Code Rebel and Kryeziu deny them.

18     37.    Paragraph 37 contains only allegations that were dismissed by the
19  Court, without leave to amend, on February 13, 2012, for which no response by
20  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
21  Paragraph 37 require any response, Defendants Code Rebel and Kryeziu deny them.

22     38.    Paragraph 38 contains only allegations that were dismissed by the
23  Court, without leave to amend, on February 13, 2012, for which no response by
24  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
25  Paragraph 38 require any response, Defendants Code Rebel and Kryeziu deny them.

26     39.    Paragraph 39 contains only allegations that were dismissed by the
27  Court, without leave to amend, on February 13, 2012, for which no response by
28  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of

Quintana Law
Group, APC

1  Paragraph 39 require any response, Defendants Code Rebel and Kryeziu deny them.

2      40.    Paragraph 40 contains only allegations that were dismissed by the
3  Court, without leave to amend, on February 13, 2012, for which no response by
4  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
5  Paragraph 40 require any response, Defendants Code Rebel and Kryeziu deny them.

6      41.    Paragraph 41 contains only allegations that were dismissed by the
7  Court, without leave to amend, on February 13, 2012, for which no response by
8  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
9  Paragraph 41 require any response, Defendants Code Rebel and Kryeziu deny them.

10      42.    Paragraph 42 contains only allegations that were dismissed by the
11  Court, without leave to amend, on February 13, 2012, for which no response by
12  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
13  Paragraph 42 require any response, Defendants Code Rebel and Kryeziu deny them.

14      43.    Defendants Code Rebel and Kryeziu incorporate herein by reference,
15  their answers to Paragraphs 1 through 42 of the FAC.

16      44.    Paragraph 44 contains only legal conclusions for which no response by
17  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
18  Paragraph 44 are not conclusions, Defendants Code Rebel and Kryeziu lack
19  information or belief sufficient to admit or deny the allegations of Paragraph 44 of
20  the FAC, and on that basis, deny them.

21      45.    Paragraph 45 contains only legal conclusions for which no response by
22  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
23  Paragraph 45 are not conclusions, Defendants Code Rebel and Kryeziu lack
24  information or belief sufficient to admit or deny the allegations of Paragraph 45 of
25  the FAC, and on that basis, deny them.

26      46.    Paragraph 46 contains only legal conclusions for which no response by
27  Defendants Code Rebel and Kryeziu is necessary.   To the extent portions of
28  Paragraph 46 are not conclusions, Defendants Code Rebel and Kryeziu lack

Quintana Law
Group, APC

1  information or belief sufficient to admit or deny the allegations of Paragraph 46 of

2  the FAC, and on that basis, deny them.

3      47.    Defendants Code Rebel and Kryeziu incorporate herein by reference,

4  their answers to Paragraphs 1 through 46 of the FAC.

5      48.    Paragraph 48 contains only legal conclusions for which no response by

6  Defendants Code Rebel and Kryeziu is necessary.  To the extent portions of

7  Paragraph 48 are not conclusions, Defendants Code Rebel and Kryeziu lack

8  information or belief sufficient to admit or deny the allegations of Paragraph 48 of

9  the FAC, and on that basis, deny them.

10     49.    Paragraph 49 contains only legal conclusions for which no response by

11 Defendants Code Rebel and Kryeziu is necessary.  To the extent portions of

12 Paragraph 49 are not conclusions, Defendants Code Rebel and Kryeziu lack

13 information or belief sufficient to admit or deny the allegations of Paragraph 49 of

14 the FAC, and on that basis, deny them.

15     50.    As to all allegations in the FAC which are not expressly admitted in

16 Paragraphs 1 through 49, supra, Defendants Code Rebel and Kryeziu deny them.

17 ## DEFENDANTS CODE REBEL AND KRYEZIU'S AFFIRMATIVE

18 ## DEFENSES

19     Code Rebel and Kryeziu assert the following Affirmative Defenses, without

20 assuming the burden of proof when such burden would otherwise be on Plaintiff.

21 ### First Affirmative Defense

22     1.    On information and belief, the FAC, and each of the causes of action

23 alleged against Defendants Code Rebel and Kryeziu therein, fail to state facts

24 sufficient to constitute a cause of action against Defendants Code Rebel and Kryeziu

25 and/or to entitle Plaintiff to the relief it seeks.

26 ### Second Affirmative Defense

27     2.    On information and belief, each of Plaintiff's claims for relief are

28 barred in whole or in part because Plaintiff's would be unjustly enriched if it

Quintana Law
Group, APC

1   recovered any damages or relief from Defendants Code Rebel and Kryeziu.

2   **Third Affirmative Defense**

3       3.    On information and belief, the FAC, and each of the causes of action

4   alleged against Defendants Code Rebel and Kryeziu therein, are barred, in whole or

5   in part, by the doctrines of consent, estoppel, acquiescence, and/or waiver.

6   **Fourth Affirmative Defense**

7       4.    On information and belief, the FAC, and each of the causes of action

8   alleged against Defendants Code Rebel and Kryeziu therein, are barred in whole or

9   in part by the doctrine of unclean hands.

10   **Fifth Affirmative Defense**

11       5.    On information and belief, the FAC, and each of the causes of action

12   against Defendants Code Rebel and Kryeziu alleged therein, are barred in whole or

13   in part by the Plaintiff's failure to fulfill its duty to mitigate the damages allegedly

14   suffered.

15   **Sixth Affirmative Defense**

16       6.    On information and belief, the FAC, and each of the causes of action

17   against Defendants Code Rebel and Kryeziu alleged therein, are barred in whole or

18   in part by the doctrine of fair use.

19   **Seventh Affirmative Defense**

20       7.    On information and belief, the FAC, and each of the causes of action

21   against Defendants Code Rebel and Kryeziu alleged therein, are barred in whole or

22   in part by the lack of contractual privity between Plaintiff Aqua Connect, on the one

23   hand, and Defendants Code Rebel and Kryeziu, on the other hand.

24   **Eighth Affirmative Defense**

25       8.    On information and belief, the FAC, and each of the causes of action

26   against Defendants Code Rebel and Kryeziu alleged therein, are barred in whole or

27   in part because such contract(s) between Plaintiff and Defendants Code Rebel and

28   Kryeziu, if they exist, which Defendants Code Rebel and Kryeziu deny, are

Quintana Law
Group, APC

1  unconscionable and cannot be enforced, because they are grossly unfair, the relative

2  bargaining power of the parties was severely imbalanced, and the Plaintiff has

3  forced unfair conditions, clauses, and/or waivers on the other parties thereto.

### Ninth Affirmative Defense

5        9.    On information and belief, the FAC, and each of the claims alleged

6  against Defendants Code Rebel and Kryeziu therein, fails to describe the claims

7  made against Defendants Code Rebel and Kryeziu with sufficient particularity to

8  enable Defendants Code Rebel and Kryeziu to determine what defenses they may

9  have in response to Plaintiff's claims.  Defendants Code Rebel and Kryeziu

10  therefore reserve the right to assert all defenses which may be pertinent to Plaintiff's

11  claims once the precise nature of such claims are ascertained through discovery and

12  investigation.

### **PRAYER FOR RELIEF**

14        WHEREFORE, Defendants Code Rebel and Kryeziu pray for the following

15  relief:

16        1.    That Plaintiff's FAC be dismissed with prejudice, and that Plaintiff's

17  request for damages and other relief be denied in full;

18        2.    That Defendants Code Rebel and Kryeziu be awarded their attorneys'

19  fees, costs and expenses in this action, pursuant applicable law; and

20        3.    Any further relief as this Court may deem fair and just.

21

22  DATED: February 22, 2012        QUINTANA LAW GROUP

23                                A Professional Law Corporation

24

25                        By: _____

26                        Andrés F. Quintana, Esq.

27                        John M. Houkom, Esq.
                          Attorneys for Defendants Code Rebel,

28                        LLC and Arben Kryeziu

Quintana Law
Group, APC

1

**DEMAND FOR JURY TRIAL**

2

Defendants Code Rebel and Kryeziu respectfully request a trial by jury on all

3

issues so triable.

4

5   DATED: February 22, 2012          QUINTANA LAW GROUP

6                                     A Professional Law Corporation

7

8                                     By: _____

9                                          Andres F. Quintana, Esq.

10                                         John M. Houkom, Esq.
                                           Attorneys  for  Defendants  Code  Rebel,
11                                         LLC and Arben Kryeziu

12

13

14

**RESERVATION OF RIGHTS**

15

Defendants Code Rebel and Kryeziu reserve their rights to amend this

16  answer, to assert additional defenses that may be developed during discovery in this

17  action, and to file a counterclaim, as appropriate.

18

19  DATED: February 22, 2012          QUINTANA LAW GROUP

20                                    A Professional Law Corporation

21                                    By: _____

22

23                                         Andres F. Quintana, Esq.
                                           John M. Houkom, Esq.
24                                         Attorneys  for  Defendants  Code  Rebel,
                                           LLC and Arben Kryeziu

25

26

27

28

Quintana Law
Group, APC

12