UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5764-RSWL | Date | April 6, 2012 |
|---|---|---|---|
| Title | Aqua Connect v. Code Rebel LLC. et al. | | |

| Present: The Honorable | Ronald S.W. Lew, Senior, U.S. District Court Judge |
|---|---|

| Kelly Davis | Mary Rickey |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Hagemann | John Houkom |

**Proceedings:**   MOTION (Non-Evidentiary; Held and Completed)

Court and counsel confer.  Plaintiff's Motion to Amend Complaint and remand Action (filed 03-07-120 **[32]** are **DENIED.** The Court's order will issue.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | KD | |