Andres F. Quintana (SBN 190525)
John M. Houkom (SBN 203240)
**QUINTANA LAW GROUP**
A Professional Law Corporation
26135 Mureau Road, Suite 101
Calabasas, California 91302
Telephone:  (818) 914-2100
Facsimile:   (818) 914-2101
E-mail:  andres@qlglaw.com
         john@qlglaw.com

Attorneys for Defendants Code Rebel, LLC, Arben Kryeziu and Volodymyr Bykov sued erroneously as Vladimir Bickov

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA CONNECT, a Nevada Corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>CODE REBEL, LLC, a Hawaii Limited Liability Company; ARBEN KRYEZIU, an individual; VLADIMIR BICKOV, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO.  CV11-5764 RSWL (MANx)<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE** |

1

1  IT IS HEREBY STIPULATED and requested by and between the attorneys for Plaintiff Aqua Connect and Defendants Code Rebel, LLC, Arben Kryeziu and Volodymyr Bykov, that the fact discovery deadline, and no other deadlines set in this case, be extended by two months, from January 11, 2013 to March 11, 2013.

The parties are requesting this extension in an attempt to ensure that the remaining outstanding discovery is completed in a timely manner without placing an undue burden on the ongoing businesses of the respective parties. In particular, there are a few additional depositions to be held, a third party deposition to be held, a computer inspection to be completed, and a few sets of outstanding written discovery. Given the upcoming holidays and some unforeseen burdens on some principle witnesses, the parties seek additional time to schedule the remaining discovery events in a way that will not place an undue burden on any party, and also not negatively impact the other deadlines set in this case.

Since the expert discovery deadline in this case is set for May 10, 2013, and the trial set for August 13, 2013, the parties believe that the requested extension of the discovery cut-off will not impact or require the alteration of any of the other dates currently set in this case.

This is the first extension requested by the parties in this case, by stipulation or otherwise, and the parties are not requesting that any other deadlines or dates in this case be extended or otherwise changed.

In view of the foregoing, it is respectfully requested that the Court grant the parties' request to extend the fact discovery deadline from January 11, 2013 to March 11, 2013.

Dated: December 7, 2012     By:     /s/ Michael K. Hagemann
                                    Michael K. Hagemann
                                    Attorney for Plaintiff Aqua Connect

2

1
2
3  Dated: December 7, 2012       By:   /s/ John M. Houkom
4                                       JOHN M. HOUKOM
                                        Quintana Law Group APC
5                                       Attorney for Defendants Arben Kryeziu,
                                        Code Rebel, LLC and Volodymyr
6                                       Bykov, sued erroneously as Vladimir
7                                       Bickov
8                                       (Electronically signed by Michael K.
9                                       Hagemann with the e-mail permission of
10                                      John M. Houkom L.R. 5-4.3.4(a)(2)(i).)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28