**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AQUA CONNECT, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CODE REBEL, LLC, a Hawaii Limited Liability Company; ARBEN KRYEZIU, an individual; VLADIMIR BICKOV, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO. CV11-5764 RSWL (MANx)<br><br>**[PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE AND NO OTHER DATES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having read and considered the JOINT STIPULATION TO EXTEND DISCOVERY DEADLINE filed jointly by Plaintiff AQUA CONNECT and Defendants CODE REBEL, LLC, ARBEN KRYEZIU and VOLODYMYR BYKOV, and finding good cause therefore:

IT IS HEREBY ORDERED that the fact discovery deadline, and no other deadlines set in this case, be extended by two months, from January 11, 2013 to March 11, 2013.

Dated: ______________ ________________________________

Hon. Ronald S. W. Lew
United Stated District Court Judge

Respectfully submitted by:

/s/ Michael K. Hagemann

Michael K. Hagemann, Esq.
LAW OFFICES OF MICHAEL K. HAGEMANN
*Attorneys for Plaintiff Aqua Connect*

/s/ John M. Houkom

John M. Houkom, Esq,
QUINTANA LAW GROUP APC
*Attorney for Defendants Arben Kryeziu,*
*Code Rebel, LLC and VolodymyrBykov*

(Electronically signed by Michael K. Hagemann with the e-mail permission of John M. Houkom L.R. 5-4.3.4(a)(2)(i).)