UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aqua Connect, Inc.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Code Rebel LLC, Arben Kryeziu, Volodymyr Bykov a/k/a Vladimir Bickov, and Does 1 through 300 inclusive,<br><br>　　　　　　Defendants. | CV 11-5764 RSWL (MANx)<br><br>**ORDER re: Plaintiff's Ex Parte Application to Advance and Deny, or, in the Alternative, Continue Defendants' Motion for Summary Judgment [117]** |

　　　Currently before the Court is Plaintiff Aqua Connect, Inc.'s ("Plaintiff") Ex Parte Application to Advance and Deny, or, in the Alternative, Continue Defendants' Motion for Summary Judgment [117].  Having considered the Application and the Opposition filed by Defendants Code Rebel LLC et al. ("Defendants"), **THE COURT NOW FINDS AND RULES AS FOLLOWS**:

　　　The Court hereby **DENIES** Plaintiff's Ex Parte Application.  The Court notes that this is Plaintiff's second consecutive ex parte application seeking to

avoid filing an opposition to Defendants' pending motions.  As with the Court's previous denial of Plaintiff's Ex Parte Application to Strike and/or Advance and Deny Defendants' Motion re Spoilation [124], Plaintiff has not shown good cause as to why ex parte relief is necessary here and how Plaintiff would be prejudiced if required to file an opposition to Defendants' Motion for Summary Judgment [102].  The arguments made in Plaintiff's present Ex Parte Application are more appropriate for an opposition to Defendants' Motion for Summary Judgment.  Accordingly, Plaintiff's Ex Parte Application is **DENIED**.

**IT IS SO ORDERED.**

DATED: June 14, 2013

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge