**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Aqua Connect,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>Code Rebel, LLC; Arben Kryeziu; Volodymyr Bykov; and DOES 1 through 10,<br><br>　　　　　Defendants. | CV 11-5764 RSWL (MANx)<br><br>**Statement of Conclusions of Law Re:** Defendants' Motion for Summary Judgment, or in the Alternative for Summary Adjudication [102] |

　　After consideration of the papers and arguments in support of and in opposition to Defendants' Motion for Summary Judgment, or in the Alternative for Summary Adjudication [102], this Court makes the following conclusions of law.


///
///

1

**CONCLUSIONS OF LAW**

1. Under California law, "[a] person may not ordinarily recover in tort for the breach of duties that merely restate contractual obligations." <u>Aas v. Sup. Ct.</u>, 24 Cal.4th 627, 643 (2000).  "Courts will generally enforce the breach of a contractual promise through contract law, except when the actions that constitute the breach violate a social policy that merits the imposition of tort remedies." <u>Stop Loss Ins. Brokers, Inc. v. Brown & Toland Med. Grp.</u>, 143 Cal. App. 4th 1036, 1041 (2006).  "Conduct amounting to a breach of contract becomes tortious only when it also violates a duty independent of the contract arising from principles of tort law." <u>Erlich v. Menezes</u>, 21 Cal.4th 543, 551 (1999).

2. Plaintiff's false promise claim merely restates its breach of contract claim.  Therefore Plaintiff's false promise claim is dismissed.

3. "Generally, federal courts in California have ruled that unjust enrichment is not an independent cause of action because it is duplicative of relief already available under various legal doctrines." <u>See Vicuna v. Alexia Foods, Inc.</u>, No. C 11-6119 PJH, slip op. at *3 (N.D. Cal. April 27, 2012).

///

    4.   Plaintiff's unjust enrichment claim seeks damages of $10,000,000 that is duplicative of relief available under its breach of contract and unfair competition claims.  Therefore, Plaintiff's unjust enrichment claim is dismissed.

**IT IS SO ORDERED.**

DATED: July 23, 2013

*RONALD S.W. LEW*
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge