JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA CONNECT, a Nevada Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>CODE REBEL, LLC, a Hawaii Limited Liability Company; ARBEN KRYEZIU, an individual; VOLODYMYR BYKOV, an individual,<br><br>        Defendants. | CASE NO.  CV11-5764 RSWL (MANx)<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   Having reviewed the Joint Stipulation To Confirm Arbitration Award And Enter Judgment In Favor of Defendants filed by Defendants Code Rebel, LLC, Arben Kryeziu and Volodymyr Bykov (the "Code Rebel Defendants"), and

1

Plaintiff Aqua Connect, Inc. ("Aqua Connect"), and having found good cause:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

The Arbitrator's Final Award in favor of the Code Rebel Defendants and against Aqua Connect is CONFIRMED in all respects. As stated in the Final Award:

1. Aqua Connect has failed to establish any act of reverse engineering by Code Rebel or any other illegal act that would support any of its claims.
2. Aqua Connect's Claim for Breach of Contract is denied.
3. Aqua Connect's Claim for False Promise is denied.
4. Aqua Connect's Claim for Unjust Enrichment is denied.
5. Aqua Connect's Claim for Violation of California Business and Professions Code §§ 17200 *et seq.* is denied.
6. Consistent with the provisions of Section J of the Arbitration Agreement, each party shall bear its own attorneys' fees, costs and costs of this Arbitration. No fees or costs are awarded to either party.

This clerk to close this action.

Dated: August 19, 2014

<u>RONALD S.W. LEW</u>
Honorable Ronald S. W. Lew
United States District Court Judge

2